UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT J. CHERAMIE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. _____** |
| **LAFAYETTE WORKBOAT RENTALS, LLC** | * | **SECTION \_\_\_\_\_  MAG. _____** |

_____

## COMPLAINT FOR DAMAGES
_____

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Robert J. Cheramie**, a person of the full age of majority and a resident of the Parish of Lafourche, State of Louisiana, who respectfully represents:

1.

Plaintiff brings suit in this court pursuant to the General Maritime Law and designates this case as an admiralty and general maritime law claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Made defendant herein is:

**LAFAYETTE WORKBOAT RENTALS, LLC**, a Louisiana Limited Liability company with its operations headquarters located in the Parish of Lafayette, State of Louisiana and at all pertinent times doing business within the jurisdiction of this court.

3.

On or about January 22, 2010, Robert J. Cheramie was employed by B.J. Services as a captain and was assigned to the M/V BJ 102.

4.

On the date of the accident, plaintiff was in the captain's quarters on board the M/V BJ 102, which was spudded down with its barge along the banks of the navigable waters of the state of Louisiana, in the parish of Lafourche, when he heard a boat whistle blowing and proceeded to walk up the stairs to the wheelhouse.

5.

As plaintiff was walking up the stairs to the wheelhouse, the tug M/V CAPTAIN BRENNAN suddenly and unexpectedly allided with the M/V BJ 102, causing plaintiff to lose his balance on the stairs and fall, injuring his arm, knee, left foot, and neck.

6.

The captain assigned to the M/V CAPTAIN BRENNAN subsequently stated that he intentionally rammed into the M/V BJ 102 in an effort to get the attention of the crew on the M/V BJ 102.

7.

At all material times herein, Lafayette Workboat Rentals, LLC was the owner, operator, and/ or owner *pro hac vice* of the M/V CAPTAIN BRENNAN, and employer of the captain assigned to that vessel

8.

As a result of the injuries suffered in the allision, plaintiff has endured and will continue to endure extreme physical and mental pain, suffering and disability, and he has sustained a substantial loss of his enjoyment of life.

9.

It is alleged upon information and belief that the damages and injuries suffered by petitioner were caused by the negligence of Lafayette Workboat Rentals, LLC and/or the captain of the M/V CAPTAIN BRENNAN in the following non-exclusive respects:

A. Failure to properly train the captain assigned to the M/V CAPTAIN BRENNAN;

B. Failure to properly equip the M/V CAPTAIN BRENNAN;

C. Failure of the captain of the M/V CAPTAIN BRENNAN to operate the vessel in a safe manner, and in compliance with applicable state and federal regulations

D. Any and all other acts of negligence or fault which may be shown at trial of this matter.

10.

As a result of the negligence of defendant, Lafayette Workboat Rentals, LLC, Robert J. Cheramie alleges that he has sustained damages as follows:

1. General damages, including past and future physical and mental pain, suffering and discomfort; permanent disability and disfigurement; physical and mental impairment; and loss of enjoyment of life;

2. Past and future medical expenses;

3. Past and future loss of wage and earning capacity; and

4. Any and all other damages which may be proven at the trial of this matter.

11.

Plaintiff is entitled to maintain this action against and seek recovery from Lafayette Workboat Rentals, LLC pursuant to the General Maritime Law.

**WHEREFORE,** plaintiff prays that the named defendant be served with a certified copy of this petition for damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of plaintiff, ROBERT J. CHERAMIE, and against the defendant, LAFAYETTE WORKBOAT RENTALS, LLC, jointly and severally, for all damages that are reasonable in the premises, together with legal interest and for all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully submitted,

s/ Charles C. Bourque, Jr.
**CHARLES C. BOURQUE, JR. (#20118)**
**ADAM J. TRIPLETT (#32058)**
ST. MARTIN & BOURQUE
P.O. Box 2017
Houma, Louisiana  70361
Telephone: (985) 876-3891
Attorneys for Plaintiff

**SERVICE INFORMATION:**

**LAFAYETTE WORKBOAT RENTALS, LLC**
**Through its registered agent:**
Michael M. Donner
2300 Main Street
Broussard, LA  70518