UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT J. CHERAMIE | * | CIVIL ACTION NO. 10-CV-2803 |
| | * | MLCF-DEK |
| VERSUS | * | |
| | * | |
| LAFAYETTE WORKBOAT | * | SECTION: "F" |
| RENTALS, INC. | * | |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Prejudicial Dismissal,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and it is hereby finally dismissed in its entirety with full prejudice to all rights of complainant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party bears their own taxable court costs, attorneys' fees and litigation costs.

JUDGMENT RENDERED AND SIGNED this 7th day of October, 2011, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE